UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| STEPHENY AUTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:21-CV-00104 |
| ) | |
| WESTERN INDIANA COMMUNITY ) | |
| ACTION AGENCY, INC. d/b/a ) | |
| VIGO COUNTY HEADSTART ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF REMOVAL

Defendant, WESTERN INDIANA COMMUNITY ACTION AGENCY, INC. d/b/a VIGO COUNTY HEADSTART ("WICAA"), by counsel, pursuant to 28 U.S.C. §§ 1331 and 1441, hereby files its Notice of Removal of this cause from the Superior Court of Vigo County, Cause No. 84D06-2101-PL-000385, to the United States District Court for the Southern District of Indiana, Terre Haute Division. In support thereof, WICAA states as follows:

1. Cause No. 84D06-2101-PL-000385 was commenced against WICAA in the Superior Court of Vigo County, Indiana on July 17, 2019, and is now pending in that court.

2. The Summons and a copy of the Plaintiff's Complaint were received by WICAA on or about January 22, 2021.

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon WICAA, including Plaintiff's Complaint, are attached hereto as Exhibit A.

4. Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the

defendant or the defendants, to the district court of the United States for the district and division embracing the place where the action is pending."

5. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

6. In her Complaint, Plaintiff alleges that she was subjected to unlawful discrimination based on sex in violation of 42 U.S.C. §2000.

7. Therefore, pursuant to 28 U.S.C. §§ 1331 and 1441(a) and (c), federal jurisdiction exists, and this cause of action is subject to removal.

8. Venue lies with the United States District Court for the Southern District of Indiana, Terre Haute Division, because it is the judicial district and division in which the Plaintiff's Complaint is currently pending and in which the events alleged in Plaintiff's Complaint occurred.

9. This Notice of Removal is timely filed pursuant to 28 U.S.C. §§ 1441, 1446 and Rule 6 of the Federal Rules of Civil Procedure in that it is being filed within 30 days after WICAA's receipt of the Summons and Complaint.

10. This Notice of Removal will be served on Plaintiff and the Superior Court of Vigo County.

Wherefore, Defendant, WESTERN INDIANA COMMUNITY ACTION AGENCY, INC. d/b/a VIGO COUNTY HEADSTART , prays that the above referenced action be removed to and proceed in the United States District Court for the Southern District of Indiana, Terre Haute Division, and for all other relief just and proper in the premises.

Respectfully submitted,

*/s/ Kristy Kopaczewski*

Kristy M. Kopaczewski, #23949-71
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2021 a copy of the foregoing was filed by use of the Court's electronic filing system. Parties may access this document through the Court's electronic filing system.

*/s/ Kristy Kopaczewski*

Kristy M. Kopaczewski
LAW OFFICES OF THE HANOVER
 INSURANCE GROUP, INC.
9229 Delegates Row, Suite 100
Indianapolis, IN 46240
(317) 208-5801
Fax: (508) 926-4849
kkopaczewski@hanover.com