STATE OF INDIANA
VIGO CIRCUIT/SUPERIOR COURT
2021 TERM

**STEPHENY AUTEN**
    **PLAINTIFF,**

v.   CAUSE NO.:   **84D06-2101-PL-000385**

Vigo Superior Court 6

**WESTERN INDIANA COMMUNITY
ACTION AGENCY, INC.
d/b/a VIGO COUNTY HEAD START**

## COMPLAINT

    Comes now Plaintiff, Stepheny Auten, by counsel, Terry R. Modesitt, Modesitt Law Firm, PC, and hereby files her complaint for damages against Western Indiana Community Action Agency, Inc. d/b/a Vigo County Head Start and in support of would state the following:

### COUNT I

1. Plaintiff, Stepheny Auten, is a resident of Vigo County, residing at 1107 Kussner Street, Terre Haute, Indiana 47802.

2. Defendant, Western Indiana Community Action Agency, Inc, is a domestic nonprofit corporation duly organized and existing under the laws of the State of Indiana and is engaged in the business of education with its principal place of business located at 705 South 5th Street, Vigo County, Terre Haute, Indiana 47802.

3. The acts alleged took place primarily within Vigo County, Indiana, at 705 South 5th Street, Vigo County, Terre Haute, Indiana 47802.

4. On or about September 30, 2020, Plaintiff filed a verified complaint with the U.S. Equal Employment Opportunity Commission, alleging that defendant had committed an unlawful employment practice against Plaintiff in violation. See Attached Exhibit 1.

5. On October 26, 2020, the U.S. Equal Employment Opportunity Commission issued Plaintiff a right-to-sue letter informing plaintiff of the right to file suit against defendant within ninety (90) days. See Attached Exhibit 2.

6. That this complaint is filed within that ninety (90) day deadline.

7. Plaintiff is a female, 40 years of age, born on May 10, 1980. Plaintiff began working for Defendant in August of 2017. Plaintiff has and continues to work for Defendant in the

role of a teacher. Plaintiff has worked competently and loyally for Defendant throughout her the more than three (3) years of her employment.

8. While employed with Defendant, Plaintiff was sexually harassed and assaulted by David Boothe, head custodian for the Defendant.

9. On or about December 12, 2019 David Boothe touched and fondled Plaintiff's buttocks and rear end area without her permission or consent.

10. Plaintiff reported this incident to Defendant, but no action was taken in order to remedy this situation and David Boothe is still employed with Defendant, requiring Plaintiff to see him and re-live her trauma on a regular basis.

11. Plaintiff has continued to work for Defendant even though her work environment is abusive due her need to support herself.

10. The conduct of David Boothe, as set forth above, constitutes unlawful sexual harassment against Plaintiff on and has created an abusive working environment that has caused Plaintiff to be put in daily fear and stress as to alter her employment and ability to do her job, in violation of 42 USCA Sect. 2000e-2.

12. As a proximate result of Defendant's conduct, Plaintiff has suffered and continues to suffer by being forced to continue to work with David Boothe. Furthermore, Plaintiff has incurred additional costs and expenses due to defendant's discrimination.

13. As a further proximate result of the above-mentioned acts, Plaintiff has suffered humiliation, mental pain and anguish, all to Plaintiff's damage.

14. The above-mentioned acts of defendant were willful, wanton, malicious, and oppressive, and justify the awarding of exemplary and punitive damages.

## COUNT II

15. Plaintiff realleges and incorporates by reference each allegation contained in Paragraphs 1 through 15 of COUNT I and by reference repleads and incorporates them as though fully set forth here.

16. Defendant, in committing the above-described acts, intended to and did inflict severe emotional distress upon plaintiff. Defendant acted with a reckless disregard of the probability of causing emotional distress to plaintiff.

17. As a direct result of the outrageous acts and omissions, conduct, and discrimination, Plaintiff became physically distraught and sustained shock to her nervous system and suffered severe emotional distress, all resulting in damages to her.

WHEREFORE, the Plaintiff prays the Court as follows:

1. Plaintiff prays for judgment against the Defendant in a sum sufficient to compensate her for present and future medical expenses and pain and suffering, loss of wages, punitive damages, and any and all other damages incurred.

2. Plaintiff further prays for the costs of this action and for all other just and proper relief in the premises.

Respectfully submitted,

*/s/ Terry R. Modesitt*
Terry R. Modesitt, #10118-84
MODESITT LAW FIRM, PC
401 Ohio Street
Terre Haute, IN  47807
(812) 234-3030; (812) 232-3232 (Fax)
Attorney for Plaintiff

## REQUEST FOR TRIAL BY JURY

COMES NOW the Plaintiff, Stepheny Auten, by counsel, Terry R. Modesitt, and respectfully requests that the above cause of action be tried by jury in accordance with Rule 38 of the Indiana Rules of Trial Procedure.

Respectfully submitted,

*/s/ Terry R. Modesitt*
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2021 a copy of the foregoing was filed electronically.  The undersigned, attorney for the Plaintiff herein, certifies that a copy of the above and foregoing pleading was served electronically on the following:

Carole Barr
Registered Agent,
Western Indiana Community Action Agency, Inc.
705 South Fifth  Street, Terre Haute, Indiana 47807


*/s/ Terry R. Modesitt*

Case 2:21-cv-00104-JRS-MJD  84D06-2101-PL-000385  Document 1-1  Filed 04/19/21  Page 4 of 10 PageID #: 7

Filed: 1/22/2021 12:37 PM
Clerk
Vigo County, Indiana

EXHIBIT 1

Vigo Superior Court 6



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

### 1. Personal Information
Last Name: **Auten**  First Name: **Stepheny**  MI: **D**
Street or Mailing Address: **1107 Kussner Street**  Apt or Unit #: **N/A**
City: **Terre Haute**  County: **Vigo**  State: **IN**  Zip: **47802**
Phone Numbers: Home: ( ) **N/A**  Work: (**812**) **232-3917**
Cell: (**812**) **249-0960**  Email Address: **sauten@wicaa.org**
Date of Birth: **5/10/1980**  Sex: ☐ Male ☒ Female  Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.  i. Are you Hispanic or Latino? ☐ Yes ☒ No
ii. What is your Race?  Please choose all that apply. ☐ American Indian or Alaskan Native  ☐ Asian  ☒ White  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? **USA**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: **Charles Johnson**  Relationship: **Lawyer**
Address: **401 Ohio St.**  City: **Terre Haute**  State: **IN**  Zip Code: **47807**
Home Phone: ( ) **N/A**  Other Phone: (**812**) **234-3030**

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)
☒ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.
Organization Name: **Vigo County Head Start/WICAA**
Address: **705 S. 5th St**  County: **Vigo**
City: **Terre Haute**  State: **IN**  Zip: **47807**  Phone: (**812**) **232-3917**
Type of Business: **Preschool**  Job Location if different from Org. Address: **N/A**
Human Resources Director or Owner Name: **Angela Howard**  Phone: (**812**) **232-1264**
Number of Employees in the Organization at All Locations: Please Check (✓) One
☐ Fewer Than 15  ☒ 15 – 100  ☐ 101 – 200  ☐ 201 – 500  ☐ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No
Date Hired: **8/2017**  Job Title At Hire: **Teacher**
Pay Rate When Hired: **14.80**  Last or Current Pay Rate: **14.80**
Job Title at Time of Alleged Discrimination: **Teach**  Date Quit/Discharged: **N/A**
Name and Title of Immediate Supervisor: **Shelly Vicars**
If Job Applicant, Date You Applied for Job **N/A**  Job Title Applied For **N/A**

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race   ☐ Sex   ☐ Age   ☐ Disability   ☐ National Origin   ☐ Religion   ☐ Retaliation   ☐ Pregnancy   ☐ Color (typically a difference in skin shade within the same race)   ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): **Sexual Harrassment**

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: **12/12/19**   Action: **Fondled rear end while in the classroom**

Name and Title of Person(s) Responsible: **David Boathe, Head Custodian WICAA**

B. Date: _____   Action: _____

Name and Title of Person(s) Responsible: **Carole Barr Director of WICAA**

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

**The action was unwanted and appropriate punishment was not as harsh as should've been.**

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

**N/A**

**8.** Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?
Full Name        Race, Sex, Age, National Origin, Religion or Disability   Job Title   Description of Treatment

A. Erika Kholmeyer         Educational Coordinator  Same employee fondled her breasts and posterior while he had her pushed
B. in the corner of her office. She filed a complaint with human resources as well

Of the persons in the same or similar situation as you, who was treated the *same* as you?
Full Name        Race, Sex, Age, National Origin, Religion or Disability   Job Title   Description of Treatment

A. _____

B. _____

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____
_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes  ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes  ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____
_____

How did your employer respond to your request? _____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☒ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
Modesitt Law Firm, PC    Charles Johnson

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1**  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2**  ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_Stepheny Auten_  
Signature

5/11/2020  
Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974. Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information

November 2009

4

EXHIBT 2
Case 2:21-cv-00104-JRS-MJD   Document 1-1   Filed 02/19/21   Page 8 of 10 PageID #: 11
84D06-2101-PL-000385   Filed: 1/22/2021 12:37 PM
Clerk
Vigo Superior Court 6   Vigo County, Indiana
EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Stepheny Auten
1107 Kussner Avenue
Terre Haute, IN 47802

From: Indianapolis District Office
101 West Ohio Street, Suite 1900
Indianapolis, IN 46204

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2020-04101 | Frederick J. BruBaker, Enforcement Supervisor | (463) 999-1148 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Michelle Eisele,
District Director

26 October 2020
(Date Mailed)

Enclosures(s)

cc:
Kristy Kopaczewski
LAW OFFICES OF THE HANOVER INSURANCE GROUP
9229 Delegates Row, Suite 100
Indianapolis, IN 46240

Charles Johnson
401 Ohio Street
Terre Haute, IN 47807

STATE OF INDIANA
VIGO SUPERIOR COURT
2021 TERM

**STEPHENY AUTEN**
**PLAINTIFF,**

v.                                                           CAUSE NO.: 84D06-2101-PL-000385

**WESTERN INDIANA COMMUNITY**
**ACTION AGENCY, INC.**
**d/b/a VIGO COUNTY HEAD START**

CERTIFICATE OF ISSUANCE OF SUMMONS

I hereby affirm that pursuant to the Indiana Rules of Trial Procedure I have attempted service on the following person at the following address as indicated:

Name:  WESTERN INDIANA COMMUNITY ACTION AGENCY, INC.
           d/b/a VIGO COUNTY HEAD START

Address: 705 S. 5th STREET                              City:   TERRE HAUTE

Address:                                                                State: INDIANA

                                                                             Zip: 47807

Service was attempted by:

XX Certified or Registered mail

Tracking Number: 7018 1830 0000 7251 2294

Date Mailed: JANUARY 22, 2021

Place of mailing: MODESITT LAW FIRM, PC.401 OHIO STREET, TERRE HAUTE IN 47807

Plaintiff requested service by Sheriff of <u>(name of county)</u> County, Indiana.  Service documents have been mailed to said Sheriff on the date of **(date was mailed).**

Other:

Date

Signature: <u>*/s/ Terry Modesitt*</u>              Plaintiff Phone: 812-234-3030

Printed Name: Terry Modesitt                          Plaintiff email: Terry@modesittlawfirm.com

| | |
|---|---|
| STATE OF INDIANA ) | IN THE VIGO CIRCUIT/SUPERIOR COURT |
| )SS: | |
| COUNTY OF VIGO ) | Cause Number: **84D06-2101-PL-000385** |
| STEPHENY AUTEN, ) | |
| Plaintiff ) | Vigo Superior Court 6 |
| v. ) | |
| WESTERN INDIANA COMMUNITY ) | Address: Western Indiana Community Action Agency, Inc. |
| ACTION AGENCY, INC. ) | d/b/a Vigo County Head Start |
| d/b/a VIGO COUNTY HEAD START ) | 705 S. 5th Street |
| | Terre Haute, IN 47807 |

### SUMMONS

TO THE ABOVE NAMED DEFENDANT OR DEFENDANTS:

You have been sued by the person named "Plaintiff", in the Court stated above. The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the Plaintiff has made against you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded. If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

The following manner of service of summons is hereby designated: **CERTIFIED MAIL.**
If not so designated, the Clerk shall cause service to be made by mail.

Date: 1/22/2021                                                                                     _Bradley N Newman_ CLERK
Terry R. Modesitt, #10118-84 Attorney for Plaintiff        JY
401 Ohio Street, Terre Haute, IN 47807                                                           Deputy
(812) 234-3030                                                                                                        (SEAL)

### CERTIFICATE OF MAILING

I hereby certify, that on the _____ day of _____, 20____, I mailed a copy of this summons and a copy of the complaint to the Defendant,_____
by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.
Dated:_____, 20____. _____CLERK

### RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Defendant, _____ was accepted by or on behalf of the Defendant on the _____ day of _____, 20____.
I hereby certify that the envelope containing the summons and a copy of the complaint was returned to me showing that the same was not accepted by the addressee on the _____ day of _____, 20____.                         _____
_____CLERK

### ACKNOWLEDGMENT OF SERVICE

I hereby acknowledge receipt of a copy of the summons and a copy of the complaint in the above-entitled cause at _____ on the _____ day of _____, 20____. _____
_____Signature of Defendant

### RETURN ON SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within summons:
(1) By delivering a copy of the Summons and a copy of the complaint to the Defendant, _____
_____ on the _____ day of _____, 20____.
(2) By leaving a copy of the summons and a copy of the complaint at _____ on the _____ day of_____, 20____, the dwelling house or usual place of abode of the Defendant _____ and by mailing a copy of the summons to the Defendant _____ by first class mail, to_____, _____
_____, the last known address of the Defendant.
Sheriff's Fees:_____         _____
                                                                Sheriff of Johnson County, Indiana
Additional:_____        By:_____